UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN CISNEROS, JESUS FLORES GARCIA, and SANDRO ARCENTALES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DEMAR LOGISTICS, INC. and GENE DOERR, <br><br> Defendants. | Case No. 21-cv-04454 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION**
**FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT**

AND NOW, this 31 day of October, 2022, upon consideration of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Agreement, the Court grants Plaintiffs' Motion and ORDERS as follows:

(1) The Parties' Settlement Agreement is preliminarily approved as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e);

(2) For settlement purposes only, the following Settlement Class is preliminarily certified pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b), pending final approval of the settlement:

all individuals who contracted to provide delivery services with DeMar Logistics under their own Social Security Numbers, and not engaged through a corporation, an LLC, or under a FEIN, and who have provided delivery services directly to DeMar Logistics, Inc. in the State of Illinois, who were not treated as employees between August 2011 and the present;

(3) Plaintiffs Cisneros, Garcia and Arcentales are preliminarily approved as representative Plaintiffs of the Settlement Class;

(4) Service Awards in the amount of $2,500.00 each to Plaintiffs Cisneros, Garcia and Arcentales are preliminarily approved;

(5) Lichten & Liss-Riordan, P.C. and Werman Salas, P.C. are preliminarily approved as Class Counsel; and

(6) The Notice of Settlement, attached as Exhibit A to the Settlement Agreement, is approved, and Plaintiffs are authorized to disseminate Notice to members of the Settlement Class. The Court finds that the Parties' proposed method of disseminating the Settlement Notice meets the requirement of due process, and is the best notice practicable under the circumstances.

(7) The Final Approval Hearing is hereby set for January 31, 2023 at 10:00 a.m. in Courtroom 1700, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604.

Dated:
10/31/2022

BY THE COURT,

Honorable Heather K. McShain
United States Magistrate Judge