**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| BENJAMIN CISNEROS, <br> JESUS FLORES GARCIA, <br> and SANDRO ARCENTALES, <br> individually and on behalf of <br> all others similarly situated, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| | ) | Case No. 21-cv-04454 |
| Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| DEMAR LOGISTICS, INC. and <br> GENE DOERR, | ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

Plaintiffs Bejamin Cisneros, Jesus Flores Garcia, and Sandro Arcentales (together, "Plaintiffs") hereby respectfully request that the Court enter an order granting final certification of the Settlement Class pursuant to Rule 23 and final approval of this class action settlement. As set out in the accompanying Memorandum of Law and the accompanying declaration of Olena Savytska, the settlement reached by the Parties is fair and reasonable, and offers substantial advantages over continued litigation of this case.

This Settlement is an excellent outcome, with the Gross Settlement Amount representing approximately 80% of the Settlement Class Members' overtime wages. There have been no objections to the settlement, and no requests for exclusion. The average settlement award in this case is in excess of $7,000 and the maximum settlement award is in excess of $20,000.

For these reasons, as set out further in the accompanying Memorandum of Law, the Court should grant final approval of the settlement agreement and final certification of the Settlement

Class, approve attorneys' fees in the amount of one-third of the Gross Settlement Amount, approve an award of reasonable costs incurred by Plaintiffs' Counsel in this case, and approve service awards of $2,500.00 each to Plaintiffs Cisneros, Garcia and Arcentales.

Dated: January 13, 2023.                    Respectfully Submitted,

/s/Olena Savytska_____
Harold Lichten (*pro hac vice*)
Olena Savytska (*pro hac vice*)
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
Tel: (617) 994-5800
Fax: (617) 994-5801
hlichten@llrlaw.com
osavytska@llrlaw.com

Douglas M. Werman
Werman Salas P.C.
77 W Washington St, Ste 1402
Chicago, IL 60602
Phone: (312) 419-1008
Fax: (312) 419-1025
dwerman@flsalaw.com

*Attorneys for Plaintiffs and the Proposed Classes*

## CERTIFICATE OF SERVICE

I, Olena Savytska, hereby certify that on January 13, 2023, I filed the foregoing document

with this Court using the CM/ECF. This system sends notifications of such filing and service to

all counsel of record.

/s/Olena Savytska
Olena Savytska