## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Benjamin Cisneros, et al.
                                Plaintiff,

v.                                                       Case No.: 1:21−cv−04454
                                                            Honorable Heather K. McShain

DeMar Logistics, Inc., et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Final approval hearing held on 01/31/2023, and concluded. Enter Order Granting Plaintiffs' Unopposed Motion for Final Approval of the Settlement Agreement [50] and Order Granting Plaintiffs&#039; Unopposed Motion for Attorneys' Fees and Costs. [52]. Pursuant to these orders, the Court hereby enters final judgment and dismisses this action with prejudice. Civil case terminated. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.