UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| BENJAMIN CISNEROS, JESUS FLORES GARCIA, and SANDRO ARCENTALES, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | |
| | ) | Case No. 21-cv-04454 |
| Plaintiffs, | ) ) | Magistrate Judge Heather K. McShain |
| v. | ) ) ) | |
| DEMAR LOGISTICS, INC. and GENE DOERR, | ) ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

The Court, having reviewed Plaintiffs' Unopposed Motion for Final Approval of Settlement of the Settlement Agreement, hereby grants the Motion and orders as follows:

(1) The Settlement Agreement is incorporated by reference into this Order and is hereby adopted as an Order of this Court.

(2) The Court finds that no Settlement Class Members have objected to the Settlement, and no Class members requested exclusion from the Settlement Class.

(3) The Court finds that the applicable requirements of Federal Rule of Civil Procedure 23(a) and (b) have been satisfied with respect to the Settlement Class and the proposed Class Settlement. The Court hereby makes final its earlier certification of the proposed Settlement Class.

(4) The Notice of Settlement given to the Settlement Class fully and accurately informed the Settlement Class members of all material elements of the proposed Settlement, and

1

was the best notice practicable under the circumstances, and complied with the requirements of the Federal Rules of Civil Procedure and due process.

(5) The Court hereby approves the parties' agreed-upon procedure for disbursement of the settlement awards, as set out in the Settlement Agreement.

(6) The Court hereby approves attorneys' fees in the amount of one-third of the Gross Settlement Amount ($133,333.33) to compensate Plaintiffs' Counsel for all work performed in this action.

(7) The Court hereby approves costs in the amount of 1,898.01 to compensate Plaintiffs' Counsel for the reasonable expenses they have incurred in the course of this litigation.

(8) The Court hereby approves service awards to Plaintiffs Benjamin Cisneros, Jesus Flores Garcia and Sandro Arcentales in the amount of $2,500.00 each.

(9) The Court hereby enters final judgment and dismisses this action with prejudice, with each party to bear its own fees and costs except as set out in Paragraphs 6 and 7 above.

(10) Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) the implementation of the settlement; and (b) the Parties and their counsel, for the sole purpose of construing, enforcing and administering the Settlement and this Order and Judgment.

IT IS SO ORDERED, this 31st day of January, 2023.

                                                                            _____
                                                                            Honorable Heather K. McShain
                                                                            United States Magistrate Judge