UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BENJAMIN CISNEROS, JESUS FLORES GARCIA, and SANDRO ARCENTALES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DEMAR LOGISTICS, INC. and GENE DOERR, <br><br> Defendants. | Case No. 21-cv-04454 <br><br> Magistrate Judge Heather K. McShain |

**ORDER GRANTING PLAINTIFFS'**
**UNOPPOSED MOTION FOR ATTORNEYS' FEES AND COSTS**

The Court, having reviewed Plaintiffs' Unopposed Motion for Attorneys' Fees and Costs, hereby grants the Motion and orders as follows:

1. The Court hereby approves Plaintiffs' Counsel's attorneys' fees in the amount of $133,333.33, which is one-third (1/3) of the Gross Settlement Amount set forth in the Parties' Settlement Agreement. This is a fair and reasonable amount to compensate Plaintiffs' Counsel for all work performed in this litigation.

2. The Court hereby approves costs in the amount of 1,898.01, to come out of the Gross Settlement Amount, to compensate Plaintiffs' Counsel for the reasonable expenses they have incurred in the course of this litigation.

IT IS SO ORDERED, this 31st day of January, 2023.

_____
Honorable Heather K. McShain
United States Magistrate Judge